# EXHIBIT I



**Final Customer Acceptance**

Date:        10/31/08
Equipment:   Test Handler System (THS) Line
Customer:    Micro Systems Engineering Inc.
Ref.         Acceptance Letter

This letter is to confirm that MSEI accepts the THS line which is now installed at its final location in Lake Oswego, OR. The issues listed in the attached table will be resolved by November 14th, 2008.

Any other issue arising from this date on, which cause the system not to conform to the agreed upon specifications, will be handled in a timely manner under the warranty conditions as described in section 4 of the Equipment Purchase Agreement A# 2007-17.

Unovis has made available a tree structured Bill of Materials (UIC# 52103301) listing all customized mechanical assemblies that are part of the THS line. Upon request from MSEI the necessary documentation to procure or reproduce any part not tagged in the list as "Universal Proprietary" will be provided as per section 6.1 of the Equipment Purchase Agreement A# 2007-17. Due to Universal documentation procedures these drawings could not be updated with the MSEI logo and IP statement.

Unovis agrees to postpone NPI (New Product Introduction) training to a future date with the condition that it is exercised before January 31st 2008 and scheduled with a minimum of 7 days notification.

Unovis agrees to provide the THS server source code as is with the understanding that MSEI assumes the risk of invalidating the warranty in the event a change made by MSEI to the source code causes damage to any of the THS line hardware.

10/31/08

Carlos Takahashi, Unovis

Said Saidi, MSEI

# unovis

| # | Description |
|---|---|
| 1 | Verification that station 200 is in a safe state prior to the THS server requesting a resynch from station 250 |
| 2 | Automatic restacking of tray at station 250 in the event that a barcode is mis-read |
| 3 | Return of empty (non FI) trays to output stack |
| 4 | Updating of Station 400's Operator Guide to reflect changes to "manual control of test nest for engineering" |
| 5 | Updating of Station Operator Guides to reflect proper recovery and addition of revision table to the documents |
| 6 | Add passthru mode at station 600 |