# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL INSTRUMENTS CORPORATION, a Delaware Corporation,<br>    Plaintiff,<br>v.<br>MICRO SYSTEMS ENGINEERING, INC., an Oregon Corporation and MISSOURI TOOLING & AUTOMATION, a Missouri Corporation,<br>    Defendants. | Case No.: 3:13 CV-831 (GLS/DEP)<br><br>**[PROPOSED] ORDER GRANTING JOINT LETTER MOTION TO EXTEND REMAINING EXPERT REPORT AND PRE-TRIAL SCHEDULE** |

IT IS ORDERED that:

(1) The deadlines set forth in this order supersede the pre-trial scheduling order and the March, 28, 2016 text scheduling order.

(2) The following dates are extended as described in the table below:

| Deadline | Original Date | New Date |
|---|---|---|
| Rebuttal Expert Reports Due | June 30, 2016 | July 18, 2016 |
| Reply Expert Reports Due | July 15, 2016 | August 3, 2016 |
| Expert Discovery Cut-off | August 31, 2016 | September 10, 2016 |
| Dispositive Motion Deadline | September 30, 2016 | October 19, 2016 |

IT IS SO ORDERED.

Dated: _____

                                              Hon. David E. Peebles
                                              Chief Judge, U.S. District Court