**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSAL INSTRUMENTS CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>MICRO SYSTEM ENGINEERING, INC., an Oregon Corporation and MISSOURI TOOLING & AUTOMATION, a Missouri Corporation,<br><br>Defendants | **CASE NO. 3:13-CV-831 (GLS/DEP)** |

**NOTICE OF PLAINTIFF UNIVERSAL'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL AND TO APPROVE SUPERSEDEAS BOND**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that at 9:00am on September 6, 2018 or soon as the Court orders, in the above-entitled Court located at James T. Foley Courthouse, 445 Broadway, Albany, NY 12207, Plaintiff Universal Instruments Corporation, by and through its attorneys, will and hereby does, make this motion for a stay of execution of this Court's judgments entering an award of costs and attorney's fees to Defendants (Dkt. Nos. 421, 426) pending Plaintiff's appeal of the Court's judgment in favor of Defendants (Dkt. 396) and for approval of supersedeas bond pursuant to Federal Rules of Civil Procedure 62(d).

In support of this motion, Plaintiff files the attached Motion to Stay Execution of Judgment Pending Appeal and to Approve Supersedeas Bond and accompanying Supersedeas Bond, and Proposed Order.

Respectfully Submitted,

July 20, 2018

**SCHMEISER, OLSEN & WATTS**

/s/ Anthony L. Meola

Anthony L. Meola, Esq.
Christopher E. Blank, Esq.
Victor J. Baranowski, Esq.
Jared L. DuJack, Esq.
Alexandra L. Scoville, Esq.
**Schmeiser, Olsen & Watts LLP**
22 Century Hill Drive
Suite 302
Latham, New York 12110
Telephone: 518-220-1850
Fax: 518-220-1857
Email: ameola@iplawusa.com
cblank@iplawusa.com
vbaranowski@iplawusa.com
jdujack@iplawusa.com
ascoville@iplawusa.com

*Attorneys for Plaintiff Universal Instruments Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 20, 2018, a true and correct copy of the foregoing NOTICE OF PLAINTIFF UNIVERSAL'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL AND TO APPROVE SUPERSEDEAS BOND and accompanying motion papers are being served, by filing with the Clerk of the Court using CM/ECF, on Defendants' counsel of record:

| | |
|---|---|
| Thomas C. White, Esq. | *Via Email:* *whitet@sullcrom.com* |
| David B. Tulchin, Esq. | *Via Email:* *tulchind@sullcrom.com* |
| Adam R. Brebner | *Via Email:* *brebnera@sullcrom.com* |
| Andrew C. Rose, Esq. | *Via Email:* *acrose@nixonpeabody.com* |
| Howard J. Kaplan, Esq. | *Via Email:* *hkaplan@kaplanrice.com* |
| Marie E. Christiansen | *Via Email:* *mchristiansen@kaplanrice.com* |

DATED: July 20, 2018

/s/ Anthony L. Meola
Anthony L. Meola, Esq.
*Attorneys for Plaintiff*
Schmeiser, Olsen & Watts LLP
22 Century Hill Drive, Suite 302
Latham, New York 12110
Telephone: 518-220-1850
Fax: 518-220-1857
E-mail: ameola@iplawusa.com