**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSAL INSTRUMENTS CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>MICRO SYSTEM ENGINEERING, INC., an Oregon Corporation and MISSOURI TOOLING & AUTOMATION, a Missouri Corporation,<br><br>Defendants | **CASE NO. 3:13-CV-831 (GLS/DEP)** |

**PLAINTIFF UNIVERSAL'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL AND TO APPROVE SUPERSEDEAS BOND**

On August 8, 2017 this Court granted judgment in favor of Defendants (Dkt. No. 396). On February 7, 2018, this Court granted Defendants' motion for attorney's fees and costs and entered a judgment of attorney's fees in an amount to be determined and costs in the amount of $38,247.89 (Dkt. No. 421). On June 4, 2018, this Court entered a judgment of attorney's fees in the amount of $3,008,990.92 against Plaintiff Universal Instruments Corporation ("Plaintiff") (Dkt. No. 426). Plaintiff requests that the Court (1) stay execution of the judgments (Dkt. Nos. 421 and 426) pending the Plaintiff's appeal of the Court's judgment in favor of Defendants (Dkt. No. 396) and (2) approve supersedeas bond, attached hereto as Exhibit A, in the amount of $3,382,685.08 to cover the costs and attorney's fees judgments, which is the sum of the costs and attorney's fees judgments together with an additional eleven (11) percent thereof, to cover

interest and any damage for delay as may be awarded, plus $250.00 to cover costs, pursuant to Local Rule 67.1(d) of the United States District Court for the Northern District of New York.

Federal Rules of Civil Procedure, Rule 62(d) provides:

> [i]f an appeal is taken, the appellant may obtain a stay by supersedeas bond,….The bond may be given upon or after filing the notice of appeal or after obtaining the order allowing the appeal. The stay takes effect when the court approves the bond.

Plaintiff now requests approval of its supersedeas bond in the amount of $3,382,685.08, which will stay execution on the judgments (Dkt. Nos. 421 and 426) pending appeal of the Court's judgment in favor of Defendants (Dkt. No. 396).

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and approve Plaintiff's supersedeas bond in the amount of $3,382,685.08 and for all other just and proper relief.

Respectfully Submitted,

July 20, 2018

**SCHMEISER, OLSEN & WATTS**

/s/ Anthony L. Meola

Anthony L. Meola, Esq.
Christopher E. Blank, Esq.
Victor J. Baranowski, Esq.
Jared L. DuJack, Esq.
Alexandra L. Scoville, Esq.
**Schmeiser, Olsen & Watts LLP**
22 Century Hill Drive
Suite 302
Latham, New York 12110
Telephone: 518-220-1850
Fax: 518-220-1857
Email: ameola@iplawusa.com
cblank@iplawusa.com
vbaranowski@iplawusa.com
jdujack@iplawusa.com
ascoville@iplawusa.com

*Attorneys for Plaintiff Universal Instruments Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 20, 2018, a true and correct copy of the foregoing PLAINTIFF UNIVERSAL'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL AND TO APPROVE SUPERSEDEAS BOND and accompanying PROPOSED ORDER is being served, by filing with the Clerk of the Court using CM/ECF, on Defendants' counsel of record:

Thomas C. White, Esq. — *Via Email: whitet@sullcrom.com*
David B. Tulchin, Esq. — *Via Email: tulchind@sullcrom.com*
Adam R. Brebner — *Via Email: brebnera@sullcrom.com*

Andrew C. Rose, Esq. — *Via Email: acrose@nixonpeabody.com*

Howard J. Kaplan, Esq. — *Via Email: hkaplan@kaplanrice.com*
Marie E. Christiansen — *Via Email: mchristiansen@kaplanrice.com*

DATED: July 20, 2018

/s/ Anthony L. Meola
Anthony L. Meola, Esq.
*Attorneys for Plaintiff*
Schmeiser, Olsen & Watts LLP
22 Century Hill Drive, Suite 302
Latham, New York 12110
Telephone: 518-220-1850
Fax: 518-220-1857
E-mail: ameola@iplawusa.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSAL INSTRUMENTS CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>MICRO SYSTEM ENGINEERING, INC., an Oregon Corporation and MISSOURI TOOLING & AUTOMATION, a Missouri Corporation,<br><br>Defendants | **CASE NO. 3:13-CV-831 (GLS/DEP)** |

**PROPOSED ORDER**

On this ___ day of ______________, 2018, upon consideration of the motion filed by Plaintiff Universal Instruments Corporation ("Plaintiff"), Dkt. ___, seeking (1) a stay of execution of the Orders entering judgments of costs and attorney's fees in favor of Defendants dated February 7, 2018 and June 4, 2018 (Dkt. Nos. 421, 426) pending Plaintiff's appeal of this Court's judgment in favor of Defendants (Dkt. No. 396); and (2) approval of supersedeas bond, IT IS HEREBY ORDERED that the motion is GRANTED and:

1. The supersedeas bond proffered by Plaintiff, in the amount of $3,382,685.08, secured by Atlantic Specialty Insurance Company as surety of Plaintiff as principal is HEREBY APPROVED; and

2. Execution upon the Orders entering judgments of costs and attorney's fees in favor of Defendants dated February 7, 2018 and June 4, 2018 (Dkt. Nos. 421, 426) are HEREBY

STAYED pursuant to Fed.R.Civ.P. 62(d) pending disposition of Plaintiff's appeal from the Court's Order of August 8, 2017 (Dkt. No. 396) granting judgment in favor of Defendants before the United States Court of Appeals for the Second Circuit.

SIGNED this ________________ day of __________________, 2018