# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSAL INSTRUMENTS CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>MICRO SYSTEM ENGINEERING, INC., an Oregon Corporation and MISSOURI TOOLING & AUTOMATION, a Missouri Corporation,<br><br>Defendants | **CASE NO. 3:13-CV-831 (GLS/DEP)** |

**SUPERSEDEAS BOND**

Plaintiff Universal Instruments Corporation ("Plaintiff") as Principal and Atlantic Specialty Insurance Company ("Surety"), hereby acknowledge that we are bound to pay Defendants the sum of THREE MILLION FORTY SEVEN THOUSAND TWO HUNDRED AND THIRTY EIGHT DOLLARS AND EIGHTY ONE CENTS ($3,047,238.81) ("Final Judgment") including the judgment of costs against Plaintiff pursuant to the Order issued on February 7, 2018 (Dkt. 421) in the amount of THIRTY EIGHT THOUSAND TWO HUNDRED AND FORTY SEVEN DOLLARS AND EIGHTY NINE CENTS ($38,247.89) and the judgment of attorney's fees against Plaintiff pursuant to the Order issued on June 4, 2018 (Dkt. 426) in the amount of and the THREE MILLION EIGHT THOUSAND NINE HUNDRED AND NINETY DOLLARS AND NINETY TWO CENTS ($3,008,990.92), and seek a Supersedeas Bond in the amount of THREE MILLION THREE HUNDRED EIGHTY

TWO THOUSAND SIX HUNDRED AND EIGHTY FIVE DOLLARS AND EIGHT CENTS ($3,382,685.08) as security therefore, which is the total of the Final Judgment, together with an additional eleven (11) percent thereof, which totals THREE HUNDRED AND THIRTY FIVE THOUSAND ONE HUNDRED AND NINETY SIX DOLLARS AND TWENTY SEVEN CENTS ($335,196.27) to cover interest and any damage for delay as may be awarded, plus TWO HUNDRED AND FIFTY DOLLARS ($250.00) to cover costs pursuant to Local Rule 67.1(d) of the United States District Court for the Northern District of New York.

The condition of this bond is such that if Plaintiff shall prosecute an appeal of this Court's Final Judgment to the United States Court of Appeals for the Second Circuit and/or the Supreme Court of the United States and shall satisfy the judgment in full together with interest and taxable costs that may be awarded, then this bond is void. Otherwise, the bond is to remain in full force and effect.

By this undertaking, Plaintiff is bound to satisfy in full the Final Judgment including costs, interest, and damages for delay that may be awarded, if the appeal should be dismissed or the judgment affirmed. Surety is also so bound, up to the amount of the bond. Plaintiff is bound to satisfy in full any modification of the Final Judgment ordered by the appellate court or, if the Final Judgment should be affirmed only in part, to satisfy that part of the Final Judgment affirmed, including costs, interest and damages for delay that may be awarded. The Surety is also so bound, up to the amount of the bond.

Should the Principal satisfy the judgment as described above, all obligations under this bond would be discharged. Should the Principal fail to satisfy the judgment as described above, all obligations under this bond, including the obligation of the Surety to satisfy the judgment, up to the amount of the bond, shall remain in full force and effect. In any event, the aggregate

liability of the Surety shall not exceed $3,382,685.08.

This bond shall become effective as of the 20th day of July, 2018.

Signed, sealed and dated this 19th day of July, 2018.

Plaintiff Universal Instruments Corporation
Principal
By: ______________________________,

*Attorney for Plaintiff*
Schmeiser, Olsen & Watts LLP
22 Century Hill Drive, Suite 302
Latham, New York 12110
Telephone: 518-220-1850
Fax: 518-220-1857

Atlantic Specialty Insurance Company
Surety
By: ______________________________,
Julia B. Bales
Attorney in Fact

# Power of Attorney

KNOW ALL MEN BY THESE PRESENTS, that ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation with its principal office in Plymouth, Minnesota, does hereby constitute and appoint: **Kenneth A. Coate, Julia B. Bales**, each individually if there be more than one named, its true and lawful Attorney-in-Fact, to make, execute, seal and deliver, for and on its behalf as surety, any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof; provided that no bond or undertaking executed under this authority shall exceed in amount the sum of: **sixty million dollars ($60,000,000)** and the execution of such bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof in pursuance of these presents, shall be as binding upon said Company as if they had been fully signed by an authorized officer of the Company and sealed with the Company seal. This Power of Attorney is made and executed by authority of the following resolutions adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

Resolved: That the President, any Senior Vice President or Vice-President (each an "Authorized Officer") may execute for and in behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and affix the seal of the Company thereto; and that the Authorized Officer may appoint and authorize an Attorney-in-Fact to execute on behalf of the Company any and all such instruments and to affix the Company seal thereto; and that the Authorized Officer may at any time remove any such Attorney-in-Fact and revoke all power and authority given to any such Attorney-in-Fact.

Resolved: That the Attorney-in-Fact may be given full power and authority to execute for and in the name and on behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and any such instrument executed by any such Attorney-in-Fact shall be as binding upon the Company as if signed and sealed by an Authorized Officer and, further, the Attorney-in-Fact is hereby authorized to verify any affidavit required to be attached to bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof.

This power of attorney is signed and sealed by facsimile under the authority of the following Resolution adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

Resolved: That the signature of an Authorized Officer, the signature of the Secretary or the Assistant Secretary, and the Company seal may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing an Attorney-in-Fact for purposes only of executing and sealing any bond, undertaking, recognizance or other written obligation in the nature thereof, and any such signature and seal where so used, being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, ATLANTIC SPECIALTY INSURANCE COMPANY has caused these presents to be signed by an Authorized Officer and the seal of the Company to be affixed this eighth day of December, 2014.

By ______________________
Paul J. Brehm, Senior Vice President

STATE OF MINNESOTA
HENNEPIN COUNTY

On this eighth day of December, 2014, before me personally came Paul J. Brehm, Senior Vice President of ATLANTIC SPECIALTY INSURANCE COMPANY, to me personally known to be the individual and officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, that he is the said officer of the Company aforesaid, and that the seal affixed to the preceding instrument is the seal of said Company and that the said seal and the signature as such officer was duly affixed and subscribed to the said instrument by the authority and at the direction of the Company.

TARA JANELLE STAFFORD
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2020

______________________
Notary Public

I, the undersigned, Assistant Secretary of ATLANTIC SPECIALTY INSURANCE COMPANY, a New York Corporation, do hereby certify that the foregoing power of attorney is in full force and has not been revoked, and the resolutions set forth above are now in force.

Signed and sealed. Dated JUL 19 2018 day of ______, ____.

This Power of Attorney expires
October 1, 2019

______________________
James G. Jordan, Assistant Secretary

## CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

STATE OF NEW YORK

DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

**Atlantic Specialty Insurance Company**

Of New York, New York

a corporation organized under the laws of the State of New York and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $595,867,945 (Capital $9,000,008) as is shown by its sworn financial statement for the Second Quarter ending June 30, 2017 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.

NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES

In Witness Whereof, I have

unto set my hand and affixed

official seal of this Department
in the City of Albany, this

21st day of September, 2017

Maria T. Vullo
Superintendent

By Jacqueline Catalfamo

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT** **CIVIL CODE § 1189**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Riverside )

On JUL 19 2018 before me, R. Balderas, Notary Public,
*Date* *Here Insert Name and Title of the Officer*

personally appeared Julia B. Bales
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person~~(s)~~ whose name~~(s)~~ is/~~are~~ subscribed to the within instrument and acknowledged to me that ~~he~~/she/~~they~~ executed the same in ~~his~~/her/~~their~~ authorized capacity~~(ies)~~, and that by ~~his~~/her/~~their~~ signature~~(s)~~ on the instrument the person~~(s)~~, or the entity upon behalf of which the person~~(s)~~ acted, executed the instrument.

R. BALDERAS
COMM. #2128138
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires Sept. 26, 2019
RSE1

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature RBalderas
*Signature of Notary Public*

*Place Notary Seal Above*

**OPTIONAL**

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ________ Document Date: ________
Number of Pages: ________ Signer(s) Other Than Named Above: ________

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: Julia B. Bales
☐ Corporate Officer — Title(s): ________
☐ Partner — ☐ Limited ☐ General
☐ Individual ☒ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: ________
Signer Is Representing: ________

Signer's Name: no other signers
☐ Corporate Officer — Title(s): ________
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: ________
Signer Is Representing: ________

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907

# STATE OF NEW YORK DEPARTMENT OF FINANCIAL SERVICES

## BALES, JULIA BO

**BALES, JULIA BO**
**3390 University Ave Ste 300**
**Riverside, CA 925013325**

## LICENSE NUMBER: PC-1209507

PRODUCER IS LICENSED AS AN INSURANCE AGENT FOR:

Property Casualty

**EFFECTIVE DATE:** **March 21, 2018**
**EXPIRATION DATE:** **March 20, 2020**
**UNLESS SOONER CANCELLED, SUSPENDED OR REVOKED**

**In Witness Whereof,**
I have caused my official seal to
be affixed at the city of Albany

**Maria T. Vullo**
**Superintendent**

14-30,31-032118-2320681

# STATE OF NEW YORK DEPARTMENT OF FINANCIAL SERVICES

## HUB INTERNATIONAL INSURANCE SERVICES INC

**HUB INTERNATIONAL INSURANCE SERVICES INC**
**3390 University Ave., Suite 300**
**RIVERSIDE, CA 92501**

## LICENSE NUMBER: BR-999685

PRODUCER IS LICENSED AS AN INSURANCE BROKER FOR:

Property Casualty

BY AND THROUGH THE SUBLICENSEES LISTED BELOW

**EFFECTIVE DATE:** **November 01, 2016**
**EXPIRATION DATE:** **October 31, 2018**
**UNLESS SOONER CANCELLED, SUSPENDED OR REVOKED**

**In Witness Whereof,**
I have caused my official seal to
be affixed at the city of Albany

Maria T. Vullo
Superintendent

LINE KEY

| | |
|---|---|
| 1 = Property | 2 = Casualty |
| 3 = Personal Lines | 5 = Baggage |

**SUBLICENSEE(S)**

JOHNSON, MARK C 1 2

2-1,2-100516-1852488