**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSAL INSTRUMENTS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICRO SYSTEMS ENGINEERING, INC. and MISSOURI TOOLING & AUTOMATION,<br><br>Defendants. | Case No. 3:13-cv-831 (GLS/DEP) |

**DEFENDANTS' RESPONSE TO UNIVERSAL'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL AND FOR APPROVAL OF SUPERSEDEAS BOND**

Defendants Micro Systems Engineering, Inc. and Missouri Tooling & Automation do not oppose plaintiff Universal Instruments Corporation's motion (Dkt. No. 432) to stay execution of this Court's Judgment pending appeal based on defendants' understanding that the supersedeas bond posted by plaintiff complies with Local Rule 67.1(d) and full payment of the Judgment and accrued interest will be made upon affirmance by the United States Court of Appeals for the Second Circuit of the aforementioned Judgment.

Dated: July 27, 2018

Respectfully submitted,

**NIXON PEABODY LLP**

*/s/ Andrew C. Rose*

*By*: Andrew C. Rose (Bar No. 102473)
677 Broadway, 10th Floor
Albany, New York 12207
Telephone: (518) 427-2650
Facsimile: (518) 427-2666
acrose@NixonPeabody.com

*Attorney for Defendants Micro Systems Engineering, Inc. and Missouri Tooling & Automation*

David B. Tulchin (*pro hac vice*)
Thomas C. White (*pro hac vice*)
Adam R. Brebner (*pro hac vice*)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 291-9158
tulchind@sullcrom.com
whitet@sullcrom.com

*Attorneys for Defendant Micro Systems Engineering, Inc.*

Howard J. Kaplan (*pro hac vice*)
**KAPLAN RICE LLP**
142 West 57th Street, Suite 4A
New York, New York 10019
Telephone: (212) 235-0300
Facsimile: (212) 235-0301
hkaplan@kaplanrice.com
*Attorney for Defendant Missouri Tooling & Automation*