UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNIVERSAL INSTRUMENTS
CORPORATION, a Delaware Corporation,

    Plaintiff,

v.   **CASE NO. 3:13-CV-831 (GLS/DEP)**

MICRO SYSTEM ENGINEERING, INC.,
an Oregon Corporation and MISSOURI
TOOLING & AUTOMATION, a Missouri
Corporation,

    Defendants

## ORDER

Upon consideration of the motion filed by plaintiff Universal Instruments Corporation ("plaintiff"), (Dkt. No. 432), seeking (1) a stay of execution of the Orders entering judgments of costs and attorney's fees in favor of defendants dated February 7, 2018 and June 4, 2018, (Dkt. Nos. 421, 426), pending plaintiff's appeal of this court's judgment in favor of defendants, (Dkt. No. 396); and (2) approval of a supersedeas bond, IT IS HEREBY ORDERED that the motion, (Dkt. No. 432), is **GRANTED** and:

1. The supersedeas bond proffered by plaintiff, in the amount of $3,382,685.08, secured by Atlantic Specialty Insurance Company as surety of plaintiff as principal is **APPROVED**; and

2. Execution upon the Orders entering judgments of costs and attorney's fees in favor of

1

Defendants dated February 7, 2018 and June 4, 2018 (Dkt. Nos. 421, 426) are **STAYED** pursuant to Fed. R. Civ. P. 62(d) pending disposition of plaintiff's appeal from the Court's Order of August 8, 2017 (Dkt. No. 396) granting judgment in favor of Defendants before the United States Court of Appeals for the Second Circuit.

**IT IS SO ORDERED.**

August 7, 2018
Albany, New York

Gary L. Sharpe
U.S. District Judge