**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

UNIVERSAL INSTRUMENTS CORPORATION, a Delaware Corporation,

Plaintiff,

v.

MICRO SYSTEM ENGINEERING, INC., an Oregon Corporation and MISSOURI TOOLING & AUTOMATION, a Missouri Corporation,

Defendants.

**CASE NO. 3:13-cv-831 (GLS/DEP)**

**NOTICE OF PLAINTIFF UNIVERSAL INSTRUMENTS CORPORATION'S MOTION TO EXTEND STAY OF EXECUTION OF JUDGMENT PENDING APPEAL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that at 9:00 a.m. on July 18, 2019 or as soon as the Court orders, in the above-entitled Court located at James T. Foley Courthouse, 445 Broadway, Albany, NY 12207, Plaintiff Universal Instruments Corporation, by and through its attorneys, will and hereby does, make this motion to extend the existing stay of execution of judgment pending resolution of the appeal of the Orders entering judgments of costs and attorney's fees in favor of defendants dated February 7, 2018 and June 4, 2018 (Dkt. Nos. 421, 426).

In support of this motion, Plaintiff files the attached Motion to Extend Stay of Execution of Judgment Pending Appeal.

Respectfully submitted,

Dated: May 28, 2019

/s/ Victor J. Baranowski
Victor J. Baranowski
Anthony L. Meola
Christopher E. Blank
Jared L. DuJack
Alexandra L. Scoville
SCHMEISER, OLSEN & WATTS LLP
22 Century Drive
Suite 302
Latham, NY 12110
Phone: (518) 220-1850
Fax: (518) 220-1857
Email: ameola@iplawusa.com
cblank@iplawusa.com
vbaranowski@iplawusa.com
jdujack@iplawusa.com
ascoville@iplawusa.com

Amy Mason Saharia (*admission pending*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
650 Fifth Avenue, Suite 1500
New York, New York 10019
Phone: (202) 434-5847
Fax: (202) 434-5029
Email: asaharia@wc.com

*Attorneys for Plaintiff Universal Instruments Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2019, a true and correct copy of the foregoing Notice of Plaintiff Universal Instruments Corporation's Motion to Extend Stay of Execution of Judgment Pending Appeal was served, by filing with the Clerk of the Court using CM/ECF, on Defendants' counsel of record

Dated: May 28, 2019

/s/ Victor J. Baranowski
Victor J. Baranowski